FILED
MAR [illegible] 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR LOPEZ (1),<br>LUIS FELIPE PULIDO-JARA (2),<br>Defendants. | Criminal Case No. 08CR735-LAB<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about February 26, 2008, within the Southern District of California, defendants OSCAR LOPEZ and LUIS FELIPE PULIDO-JARA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Noel Ernesto Alonso-Navarro, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 3/13/08.

KAREN P. HEWITT
United States Attorney

For CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
3/3/08