**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Oscar Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR LOPEZ,<br><br>Defendant. | ) | CASE NO. 08CR0735-LAB<br><br>MOTION TO AMEND ORDER FOR PRESENTENCE REPORT TO CRIMINAL HISTORY REPORT |

TO: CAROL C. LAM, UNITED STATES ATTORNEY;
JOSEPH J.M. ORABONA, ASSISTANT UNITED STATES ATTORNEY; AND
NAOMI STALBAUM, UNITED STATES PROBATION OFFICER:

Mr. Lopez respectfully requests an order amending the Your Honor's order for a presentence report to allow probation to prepare and file a criminal history report instead. Because Mr. Lopez is facing a stipulated sentence, pursuant to the plea agreement, neither the assigned probation officer nor AUSA opposes this request.

Respectfully submitted,

DATED: April 21, 2008

**/s/ Kris J. Kraus**
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Lopez

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph J.M. Orabona
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: Joseph.Orabona@usdoj.gov

and

**Benjamin P Lechman**
Law Offices of Benjamin P Lechman
964 Fifth Avenue
Suite 303
San Diego, CA 92101
(619)699-5935
Fax: (619)699-5936
Email: benlechman@hotmail.com

A courtesy copy was sent via electronic mail to:

Naomi Stalbaum
UNITED STATES PROBATION OFFICER

Dated: April 21, 2008

/s/ Kris J. Kraus

KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kris_kraus@fd.org