UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR LOPEZ,<br><br>Defendant. | CASE NO. 08CR0735-LAB<br><br>ORDER TO AMEND PRESENTENCE REPORT TO CRIMINAL HISTORY REPORT |

Upon application of the defendant, Mr. Lopez, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby prepare a criminal history report instead of a presentence report.

**SO ORDERED.**

DATED: April 25, 2008

HONORABLE LARRY ALAN BURNS
United States District Judge